Official Form 1 (10/06)

# United States Bankruptcy Court
### District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Beck, William L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): <br> **Beck, Josephine C.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> **AKA William Lance Beck; AKA William Beck; FDBA Orion Financial Services, LLC (a Nevada Limited Liability Company)** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): <br> **AKA Josephine Clare Beck; AKA Josephine Beck; AKA Josephine C. Martin; FDBA Gemini Learning Systems, LLC (a NV Limited Liability Company)** |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) <br> **xxx-xx-3540** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) <br> **xxx-xx-3724** |
| Street Address of Debtor (No. and Street, City, and State): <br> **8757 Castle Hill Avenue** <br> **Las Vegas, NV** <br> ZIP Code **89129-7669** | Street Address of Joint Debtor (No. and Street, City, and State): <br> **8757 Castle Hill Avenue** <br> **Las Vegas, NV** <br> ZIP Code **89129-7669** |
| County of Residence or of the Principal Place of Business: <br> **Clark** | County of Residence or of the Principal Place of Business: <br> **Clark** |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (10/06)     **FORM B1**, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Beck, William L.**<br>**Beck, Josephine C.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ David L. Tanner, Esq.**       **February 8, 2007**<br>   Signature of Attorney for Debtor(s)     (Date)<br>**David L. Tanner, Esq. #002366** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)                                                                                         **FORM B1**, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
  **Beck, William L.**
  **Beck, Josephine C.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ William L. Beck**
Signature of Debtor  **William L. Beck**

**X**  **/s/ Josephine C. Beck**
Signature of Joint Debtor  **Josephine C. Beck**

Telephone Number (If not represented by attorney)

 **February  8, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

**X**  **/s/ David L. Tanner, Esq.**
Signature of Attorney for Debtor(s)

 **David L. Tanner, Esq. #002366**
Printed Name of Attorney for Debtor(s)

 **David L. Tanner, Esq. PC**
Firm Name

 **7472 W. Sahara Avenue**
 **Suite 101**
 **Las Vegas, NV 89117**
Address

                **Email: Tannerlaw@aol.com**
 **(702) 256-6999  Fax: (702) 256-8999**
Telephone Number

 **February  8, 2007**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Official Form 1, Exhibit D (10/06)**

**United States Bankruptcy Court**
**District of Nevada**

In re  **William L. Beck**
**Josephine C. Beck**
Debtor(s)

Case No. _____
Chapter  **7**

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT**

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**Official Form 1, Exh. D (10/06) - Cont.**

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ William L. Beck**
                       **William L. Beck**

Date:  **February  8, 2007**

**Official Form 1, Exhibit D (10/06)**

## United States Bankruptcy Court
### District of Nevada

In re **William L. Beck**
      **Josephine C. Beck**
                                    Debtor(s)

Case No. _____
Chapter **7**

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**Official Form 1, Exh. D (10/06) - Cont.**

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Josephine C. Beck**
                        **Josephine C. Beck**

Date:    **February  8, 2007**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                Best Case Bankruptcy

William L. Beck
Josephine C. Beck
8757 Castle Hill Avenue
Las Vegas, NV 89129-7669

David L. Tanner, Esq.
David L. Tanner, Esq. PC
7472 W. Sahara Avenue
Suite 101
Las Vegas, NV 89117

Advanced Imaging Solutions
Acct No collection Account
3690 North Rancho Drive
Las Vegas, NV 89130

Allied Collection Service
Acct No xxxx1803
3080 S. Durango Dr. Suite 20
Las Vegas, NV 89117

Antonio N. Tan
Acct No collection account
4111 Cannondale Avenue
North Las Vegas, NV 89031

Apple One Maintenance
Acct No collection
3172 N. Rainbow Blvd Suite 234
Las Vegas, NV 89108

Applied Card Bank
Acct No xxxxxxxx7933
800 Delaware Avenue
Wilmington, DE 19801

Applied Card Bank
P O Box 17120
Wilmington, DE 19886-7120

Applied Card Bank
P O Box 310731
Boca Raton, FL 33431-0731

Applied Card Bank
P O Box 17124
Wilmington, DE 19850-7124

Applied Card Bank
P O Box 11170
Wilmington, DE 19850-1170

```
Aspire CB T
Acct No xxxx-xxxx-xxxx-9231
9 Mutec Drive
Columbus, GA 31907

Aspire CB T
P O Box 23007
Columbus, GA 31902-3007

Aspire CB T
P O Box 105374
Atlanta, GA 30348-5374

Blockbuster
Acct No collection account
8300 W. Cheyenne
Las Vegas, NV 89128

BMW Bank of North America
P O Box 78066
Phoenix, AZ 85062-8066

BMW Financial Services
Acct No xxxxxx9444
P O Box 78103
Phoenix, AZ 85062-8103

BMW Financial Services
5515 Parkcenter Circle
Dublin, OH 43017

Brett Neilsen
Acct No collection account
4212 McKibbin Street - Apt E
Holtom City, TX 79117

Brian Chan Sr.
Acct No collection account
3179 Cambridgeshire Street
Las Vegas, NV 89146

Callister & Reynolds
Acct No Ron Reynolds for DIB,LLC
823 Las Vegas Blvd South
Las Vegas, NV 89101

Capital One
Acct No xxxx-xxxx-xxxx-4664
P.O. Box 60024
City Of Industry, CA 91716-0024

Capital One
Acct No xxxxxxxx8647
P.O. Box 30285
Salt Lake City, UT 84130-0285
```

```
Capital One Auto Finance
Acct No xxxxxxxxxxxxx1001
P.O. Box 60067
City Of Industry, CA 91716-0067

Capital One Auto Finance
3901 Dallas Parkway
Plano, TX 75093

Capital One Auto Finance
P O Box 93016
Long Beach, CA 90809-3016

Capital One Bank
P O Box 85520
Richmond, VA 23285

Capital One Bank
P O Box 70884
Charlotte, NC 28272-0884

Citibank - CCS - Sioux Falls
Acct No xxxx-xxxx-xxxx-0555
PO Box 6090
Sioux Falls, SD 57117

Desert Copy
Acct No collection account
3684 Highland Drive
Las Vegas, NV 89103

Diamond Tran
Acct No collection account
3179 Cambridgeshire Street
Las Vegas, NV 89129

DIB, LLC
Acct No Building Lease -
6230 West Desert Inn
Las Vegas, NV 89146

DIB, LLC
Acct No Desert Inn Building Lease
6465 West Sahara Avenue #200
Las Vegas, NV 89146

Discount Documents
Acct No collection account
P O Box 3937
Southfield, MI 48037

District Court - Clark County
Case No 06-A-531061-C
200 Lewis Avenue
Las Vegas, NV 89155
```

District Court - Clark County
Case No 06-A-529092-C
200 Lewis Avenue
Las Vegas, NV 89155

District Court - Clark County
Case No 03 A 464904-C
200 Lewis Avenue
Las Vegas, NV 89155

Drive Time Financial
Acct No xxxxxxxx9201
1030 N. Colorado Street
Gilbert, AZ 85233

Ducks Lake Ltd.
Acct No Building Lease
2350 South Jones
Las Vegas, NV 89146

Ducks Lake Ltd.
2860 Augusta Drive
Las Vegas, NV 89109

Edwin Adolfo MD
Acct No xx0380
2635 Box Canyon Drive
Las Vegas, NV 89128-0450

Emelyn A. Del Prado
Acct No collection account
2452 Silver Swan Court
Henderson, NV 89052

Equifax
1550 Peachtree Street
Maildrop H-13
Atlanta, GA 30309

Factual Data
Acct No collection Account
7881 West Charleston Blvd #170
Las Vegas, NV 89117

Franklin Capital Auto Loan
Acct No xxx4078
47 West 200 South Suite 500
Salt Lake City, UT 84101

GAP
Acct No xxxxxxxxxxxx5668
P O Box 530942
Atlanta, GA 30353-0942

```
GAP
P O Box 981064
El Paso, TX 79998-1064

GEMB
Acct No Home Shopping Network
P O Box 981064
El Paso, TX 79998-1064

GEMB / JCP
Acct No xxxxxx4661
P O Box 981400
El Paso, TX 79998

GEMB/Home Shopping
Acct No xxxxxxxxxxx4948
P O Box 981400
El Paso, TX 79998

GEMB/Sam's Club
Acct No xxxxxxxxxxxx5276
P O Box 981400
El Paso, TX 79998

HFC
Acct No xxxxxx-xx-xxx812-6
P O Box 4153-K
Carol Stream, IL 60197-4153

HFC
P O Box 1547
Chesapeake, VA 23327

HFC / Beneficial
P O Box 1547
Chesapeake, VA 23327

Home Shopping Network
P O Box 530942
Atlanta, GA 30353-0942

Home Shopping Network
P O Box 981064
El Paso, TX 79998-1064

HSBC
Acct No xxxxxxxx0006
6602 Convoy Court
San Diego, CA 92111

HSBC
P.O. Box 19360
Portland, OR 97280
```

```
HSBC
P.O. Box 60102
City Of Industry, CA 91716

HSBC
P.O. Box 15519
Wilmington, DE 19850

HSBC
P.O. Box 60102
City Of Industry, CA 91716-0102

HSBC Card Services
P.O. Box 60102
City Of Industry, CA 91716

HSBC Card Services
P.O. Box 80084
Salinas, CA 93912-0084

Internal Revenue Service - INSOL
Acct No tax year 1996 - William Beck
110 City Parkway
Las Vegas, NV 89106

James Martinez
Acct No potential claim
4319 Hera Temple Ave
North Las Vegas, NV 89031

James Pearce
Acct No collection account
830 Carnegie Street #1122
Henderson, NV 89052

JCPenney
P O Box 960001
Orlando, FL 32896-0001

JCPenney
P O Box 981403
El Paso, TX 79998-1403

Jewel Bailey
Acct No collection account
9613 Camino Capistrano Lane
Las Vegas, NV 89147

John Hawkes
Acct No Potential claim
3151 Vincent Street
Las Vegas, NV 89146
```

Josie Gundayao  
Acct No collection account  
3916 Diamond Ridge Street  
Las Vegas, NV 89129

Lane Bryant  
P.O. Box 659728  
San Antonio, TX 78265-9728

Lane Bryant  
P.O. Box 182121  
San Antonio, TX 78218-2121

Lisa Oaks  
10305 Marckahre  
Las Vegas, NV 89129

Lou Gutierrez  
Acct No District Court xxA-xx1061-C  
2886 Falling Springs Circle  
Las Vegas, NV 89135

Maria Gosioco  
Acct No collection account  
5411 Morning Splash  
Las Vegas, NV 89131

Marietta T. Bascos  
Acct No collection account  
3728 N. Campbell Road  
Las Vegas, NV 89129

Matt Eaker  
Acct No potential claim  
1042 Via Di Olivia  
Henderson, NV 89015

Merchant Credit Guide  
Executive Offices  
233 W. Jackson Blvd  
Chicago, IL 60606

Michael Bohn, Esq.  
Acct No Ducks Lake vs. Beck  
4520 S. Pecos Road #2  
Las Vegas, NV 89121

Mini Bank of North America  
P O Box 78066  
Phoenix, AZ 85062-8066

Mini Financial Services  
P O Box 3608  
Dublin, OH 43016-0306

```
Myra Bourne
Acct No collection account
7612 Paul Weitz
Las Vegas, NV 89127

NCO Financial
Acct No xxxx7833
P O Box 41726
Philadelphia, PA 19101

Nelson Obena
Acct No collection account
7889 Spindrift Cove Street
Las Vegas, NV 89139

Noel L. Cruz
Acct No collection account
7554 Hope Valley Street
Las Vegas, NV 89139

Nordstrom
Acct No 7065
P O Box 6555
Englewood, CO 80155

Orlando Amparo
Acct No potential claim
3909 Gaston Lane
North Las Vegas, NV 89032

Orlando and Cecelia Amparo
3909 Gaston Lane
North Las Vegas, NV 89032

Pac West
Acct No collection account
P O Box 526035
Sacramento, CA 95852

PBS Anesthesia
Acct No xx0380
2635 Box Canyon Drive
Las Vegas, NV 89128

Porter and Terry, LLC
Acct No attorneys fees
525 South 9th Street
Las Vegas, NV 89101

Providian
Acct No xxxxxx4976
P O Box 660509
Dallas, TX 75266
```

```
Providian Financial
Acct No xxxxxx0441
P O Box 660509
Dallas, TX 75266

Quest Diagnostics
Acct No axxxx8381
P O Box 79025
Phoenix, AZ 85062-9025

r


Redrock Medical Center
Acct No xxxxxx/xx6089
Dept 6210
Los Angeles, CA 90084-0001

Republic Services of So NV
Acct No xx-xx344-2
770 East Sahara Avenue
Las Vegas, NV 89104

Republic Services of So NV
P O Box 98508
Las Vegas, NV 89193-8508

Rob C. Graham, Esq.
7375 Peak Drive #220
Las Vegas, NV 89128

Rob C. Graham, Esq.
7375 Peak Drive
Las Vegas, NV 89128

Sams Club
Post Office Box 530942
Atlanta, GA 30353-0942

Sams Club
Post Office Box 981064
El Paso, TX 79998-1064

Spring Valley  Medical Ctr
Acct No xxxxx9765
8801 West Sahara Avenue
Las Vegas, NV 89117

Spring Valley Hospital Medical Ctr
Acct No xxxxx9765
File 57361
Los Angeles, CA 90074-7361
```

```
TrueLogic Financial Corp
Acct No montgomery wards csxcxxxxx3022
P O Box 4437
Englewood, CO 80155-4437

Washington Mutual Bank
Post Office Box 3139
Milwaukee, WI 53201-3139

Washington Mutual Bank - Collections
Post Office Box 44118
Jacksonville, FL 32231-4118

Washington Mutual Card Services
Acct No xxxx-xxxx-xxxx-0281
Post Office Box 660487
Dallas, TX 75266-0487

Washington Mutual Card Services
Post Office Box 660433
Dallas, TX 75266-0433

Washington Mutual Card Services
Post Office Box 1093
Northridge, CA 91328

Washington Mutual Card Services
Post Office Box 9016
Pleasanton, CA 94566-9016

Washington Mutual Card Services
Post Office Box 99604
Arlington, TX 76096-9604

Washington Mutual Home Loan
Acct No xxxxxxxxx9872
Post Office Box 660487
Dallas, TX 75266-0487

Washington Mutual Home Loan
Acct No xxxxxxxxx9880
Post Office Box 78148
Phoenix, AZ 85062-8148

Washington Mutual Home Loan
Post Office Box 2441
Mailstop N010207
Chatsworth, CA 91313-2441

Wells Fargo Financial
Acct No xxxxxxx2186
5000 East Bonanza Road #U3
Las Vegas, NV 89110
```

```
Wells Fargo Financial Bank
Acct No xxxx-xxxx-xxxx-8099
P O Box 98751
Las Vegas, NV 89193-8751

Wells Fargo Financial Bank
P O Box 5943
Sioux Falls, SD 57117-5943

West Asset Management
1000 N. Travis Street - Suite F
Sherman, TX 75090

WF FIN BANK
3201 N 4TH Avenue
Sioux Falls, SD 57104

WFNNB /  Lane Bryant
Acct No xxxxxxxxxxxx5003
4590 East Broad Street
Columbus, OH 43213

WFNNB /  Lane Bryant
P O Box 182125
Bankruptcy Department
Columbus, OH 43218-2125

Will Vacuna
Acct No collection account
7554 Hope Valley Street
Las Vegas, NV 89113

William R. Urga, Esq.
Acct No DUKES LAKE LLC - ATTORNEY FOR
Jolley Urga Wirth Woodbury & Standish
3800 Howard Hughes Pkwy #1600
Las Vegas, NV 89109

William R. Urga, Esq. for DUCKS LAKE,LLC
Jolley Urga Wirth Woodbury & Standish
3800 Howard Hughes Pkwy #1600
Las Vegas, NV 89109
```