E-filed on __April 24, 2007__

**David L. Tanner, Esq.**
Name

**#002366**
Bar Code #

**7472 W. Sahara Avenue**
**Suite 101**
**Las Vegas, NV 89117**
Address

**(702) 256-6999**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:  **William L. Beck**
        **Josephine C. Beck**

Case #    **07-10586**
Chapter   **7**
Trustee   **Lenard Schwartzer**

Debtor(s)

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( )   Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)

( )   Summary of Schedules

( )   Schedule A - Real Property

( )   Schedule B - Personal Property

( )   Schedule C - Property Claimed as Exempt

(x)   Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

    ( **x** )   Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**

    ( )   Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )   Schedule G - Schedule of Executory Contracts & Unexpired Leases

( )   Schedule H - Codebtors

( )   Schedule I - Current Income of Individual Debtor(s)

( )   Schedule J - Current Expenditures of Individual Debtor(s)

( )   Statement of Financial Affairs

### Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

/s/ William L. Beck                                    /s/ Josephine C. Beck
**William L. Beck**                                    **Josephine C. Beck**
**Debtor's Signature**                                 **Joint Debtor's Signature**
**Date:** April 24, 2007                               **Date:** April 24, 2007

E-filed on **May 8, 2007**

**David L. Tanner, Esq.**
Name

**#002366**
Bar Code #

**7472 W. Sahara Avenue
Suite 101
Las Vegas, NV 89117**
Address

**(702) 256-6999**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:  **William L. Beck
Josephine C. Beck**

Case #  **07-10586**
Chapter  **7**
Trustee

Debtor(s)

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( )  Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)

( )  Summary of Schedules

( )  Schedule A - Real Property

( )  Schedule B - Personal Property

( )  Schedule C - Property Claimed as Exempt

(x)  Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

    (x)  Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**

    ( )  Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )  Schedule G - Schedule of Executory Contracts & Unexpired Leases

( )  Schedule H - Codebtors

( )  Schedule I - Current Income of Individual Debtor(s)

( )  Schedule J - Current Expenditures of Individual Debtor(s)

( )  Statement of Financial Affairs

## Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

/s/ William L. Beck
**William L. Beck**
**Debtor's Signature**
**Date:** May 8, 2007

/s/ Josephine C. Beck
**Josephine C. Beck**
**Joint Debtor's Signature**
**Date:** May 8, 2007

(Revised 4/19/04)

Official Form 6F (10/06)

In re  **William L. Beck,**  
      **Josephine C. Beck**  
                                       Debtors

Case No. __**07-10586**__

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1280**<br><br>**Blue Planet Water**<br>**9811 West Charleston Blvd**<br>**Box 2439**<br>**Las Vegas, NV 89117** | | C | **2004-2006**<br>**Utility Bill - Water Svcs** | | | | **84.00** |
| Account No.<br><br>**Clark County Collection**<br>**6124 W. Sahara Avenue**<br>**Las Vegas, NV 89146** | | C | **For Notice Only** | | | | **0.00** |
| Account No. **3764**<br><br>**Emergency Detection Systems, LLC**<br>**7179 W. Flamingo Rd #120**<br>**Las Vegas, NV 89147** | | C | **2002-2007**<br>**Monitoring Electronic Svcs** | | | | **180.00** |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)    **264.00**

Total (Report on Summary of Schedules)    **264.00**

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## District of Nevada

In re   **William L. Beck**
        **Josephine C. Beck**
                    Debtor(s)

Case No.  **07-10586**
Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 8, 2007**        Signature  **/s/ William L. Beck**
                                                        **William L. Beck**
                                                        Debtor

Date  **May 8, 2007**        Signature  **/s/ Josephine C. Beck**
                                                          **Josephine C. Beck**
                                                        Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Nevada

In re    **William L. Beck**
      **Josephine C. Beck**

Debtor(s)

Case No.    **07-10586**
Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **May 8, 2007**       **/s/ William L. Beck**
                                        **William L. Beck**
                                        Signature of Debtor

Date:    **May 8, 2007**       **/s/ Josephine C. Beck**
                                        **Josephine C. Beck**
                                        Signature of Debtor

```
Blue Planet Water
Acct No 1280
9811 West Charleston Blvd
Box 2439
Las Vegas, NV 89117

Clark County Collection
6124 W. Sahara Avenue
Las Vegas, NV 89146

David Roger, District Attorney
Acct No Child Support Case NO %-xx4760
Family Support Division
301 Clark Avenue
Las Vegas, NV 89101

Emergency Detection Systems, LLC
Acct No 3764
7179 W. Flamingo Rd #120
Las Vegas, NV 89147

State of Nevada for the Arizona
Acct No Rxx4760
Dept of Economic Security
301 Clark Avenue
Las Vegas, NV 89101
```