1  LENARD E. SCHWARTZER
   2850 S. Jones Blvd
2  Suite 1
   Las Vegas, NV  89146
3  Telephone: (702) 307-2022

4  Trustee in Bankruptcy

5

6

7              UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF NEVADA
8

9  In re:                              Case No. 07-10586 LBR

10 BECK, WILLIAM L.                     Chapter 7
   BECK, JOSEPHINE C.
11                                      TRUSTEE'S FINAL REPORT AND
                                        APPLICATION FOR COMPENSATION
12                 Debtor(s)            AND REIMBURSEMENT

13     The undersigned Trustee of the above-entitled estate hereby files this Trustee's Final Report, and
   declares as follows:
14

15 1.  Introduction. The petition commencing this case was filed on 02/08/07, the undersigned was
       appointed Trustee on 02/09/07, and the 11 U.S.C. § 341(a) meeting was held on 03/15/07. The
16     amount of the Trustee's blanket bond is $2,250,000.00 with an individual case limit of
       $2,250,000.00.

17 2.  Disposition of Assets. All assets of the debtor(s) have been reduced to cash, released to the
       debtor(s) as exempt property, abandoned pursuant to 11 U.S.C. § 554(a) or (b), or will be
18     abandoned pursuant to § 554(c). An accounting of the disposition of all property is attached
       hereto as U.S.T. FORM I (Individual Estate Property Record).
19

20 3.  Receipts and Disbursements. An itemized statement of the Trustee's receipts and disbursements
       showing total receipts of $2,010.02, disbursements of $0.00 and balance of funds on hand of
21     $2,010.02, is attached hereto as U.S.T. FORM II (Estate Cash Receipts and Disbursements
       Record) together with bank statements and canceled checks, if required by the Court.

22 4.  Claims. The bar date for the filing of claims has now passed, see attached Court Notice. All
       claims filed have been examined and all objections made by the Trustee or others have been
23     determined by the Court or settled by the parties. To the Extent applicable, see attached claims
       register and attached agreement evidencing such settlement.
24

25

26

27

28

5. <u>Trustee's Fees and Expenses.</u>  That pursuant to 11 U.S.C. § 330(a) and 326(a), the Trustee's compensation has been computed as follows:

| | | | |
|---|---|---|---|
| $ 2,010.02 | 25% of First $5,000 | $ 502.51 | |
| Less -5,000.00 | ($1,250 Maximum) | | |
| Balance $ 0.00 | 10% of Next $45,000 | $ 0.00 | |
| Less -45,000.00 | ($4,500 Maximum) | | |
| Balance $ 0.00 | 5% of Next $950,000 | $ 0.00 | |
| Less -950,000.00 | ($47,500 Maximum) | | |
| Balance $ 0.00 | 3% of Balance | $ 0.00 | |
| Total Compensation requested | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 502.51 | | |

I have received $0.00 of this total as interim compensation, and now request $502.51 as my final compensation.

In addition, reimbursement of reasonable and necessary expenses incurred is requested as follows:

| | |
|---|---|
| Premium on Trustee's bond . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 7.45 |
| Necessary travel (0 miles @0.0 cents/mile) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 0.00 |
| Necessary copies (219 @25.0 cents/copy) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 54.75 |
| Postage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 7.96 |
| Telephone charges  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 0.00 |
| Clerical/secretarial staff (0.0 hrs @ $0.00/hr)  . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 0.00 |
| Paralegal staff(0.0 hrs @ $0.00/hr) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 0.00 |
| Supplies/stationary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 0.00 |
| Distribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 0.00 |
| Professional . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 0.00 |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 0.00 |
| Total Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 70.16 |

A statement of services rendered is attached.

The estate has been charged $70.16 of this total. I have received $0.00 of this total as interim reimbursement, and now request $70.16 as my final reimbursement.

6. After deduction of the Trustee's request for compensation and reimbursement of reasonable and necessary expenses (or proration thereof), the remaining balance on hand should be disbursed in accordance with 11 U.S.C. § 726 and § 507 as follows: administrative expenses (not previously disbursed), secured claims, unsecured priority claims, and unsecured non-priority claims.  Attached as Exhibit A-1 is the trustee's proposed distribution, which is provided for informational purposes only.

1    I certify under penalty of perjury that the foregoing is true and correct and that I have no
     agreement or understanding, expressed or implied, with anyone whatsoever as to any division
2    of fees in the above matter.

3    I request that the United State Trustee approve this report and further request that the Court
     provide notice and an opportunity for a hearing under 11 U.S.C. § 330(a), 502(b), and 503(b) and
4    to thereafter award final compensation, reimbursement of expenses, administrative expenses and
     other payments as stated in this report.

5

6    Date _____11/12/08_____          _____
7                                          LENARD E. SCHWARTZER, Trustee

8

9

10                          REVIEW BY UNITED STATES TRUSTEE

11   The United States Trustee has reviewed the foregoing TRUSTEE'S FINAL REPORT.

12

13                                          Sara Kistler
                                            Acting United States Trustee, Region 17
14

15   Date _____         By: /s/ August B. Landis
                                            _____
16                                          August B.Landis, Assistant United States Trustee
                                            United States Department of Justice

17

18

19

20

21

22

23

24

25

26

27

28

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07-10586 LBR | **Trustee:**  (480250)  LENARD E. SCHWARTZER |
| **Case Name:**  BECK, WILLIAM L. | **Filed (f) or Converted (c):** 02/08/07 (f) |
|  BECK, JOSEPHINE C. | **§341(a) Meeting Date:** 03/15/07 |
| **Period Ending:** 06/30/09 | **Claims Bar Date:** 10/31/07 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | OFFICE EQUIPMENT     STORAGE UNITS: APPRAISED BY DAN WATSON, MISC OFFICE EQUIPMENT, TRUSTEE SETTLED WITH DEBTORS. | 4,095.00 | 6,095.00 | | 2,000.00 | FA |
| 2 | RESIDENCE     8757 CASTLE HILL AVE | 700,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 136.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 13,870.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 6 | GEMINI LEARNING SYSTEMS, LLC     CEASED DOING BUSINESS JAN 2007.  HAS NO ACCOUNTS RECEIVABLE OR ASSETS | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | STOCK ORION FINANCIAL SERVICES, LLC     CEASED DOING BUSINESS IN DEC 2004.  NO ASSETS OR BANK ACCOUNTS | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | LICENSE  MORTGAGE LENDING DIVISION | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2006 CHEVROLET SUBURBAN | 32,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2002 DODGE DAKOTA | 11,900.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2002 CHEVROLET VENTURE | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2005 MINI COOPER | 27,900.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2006 CHEVROLET TAHOE | 39,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | PET DOG | 50.00 | 50.00 | DA | 0.00 | FA |
| 15 | 2006 TAX REFUND  (u)     WAITING FOR 2006 TAX RETURN | 0.00 | 1,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 10.02 | FA |
| 16 | Assets     Totals (Excluding unknown values) | $842,001.00 | $7,145.00 | | $2,010.02 | $0.00 |

**Major Activities Affecting Case Closing:**

   TDR

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 07-10586 LBR | **Trustee:**  (480250) | LENARD E. SCHWARTZER |
| **Case Name:**  BECK, WILLIAM L. | **Filed (f) or Converted (c):** 02/08/07 (f) | |
|  BECK, JOSEPHINE C. | **§341(a) Meeting Date:** 03/15/07 | |
| **Period Ending:** 06/30/09 | **Claims Bar Date:** 10/31/07 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR):  December 30, 2009 | Current Projected Date Of Final Report (TFR):  November 10, 2008 (Actual) | |

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-10586 LBR | | Trustee: | LENARD E. SCHWARTZER (480250) |
|---|---|---|---|---|
| Case Name: | BECK, WILLIAM L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BECK, JOSEPHINE C. | | Account: | ***-*****26-65 - Money Market Account |
| Taxpayer ID #: | 13-7560067 | | Blanket Bond: | $2,250,000.00 (per case limit) |
| Period Ending: | 06/30/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/07 | | GESMUNDO, VICTOR % RR FINE INDSTMENTS LLC | PURCHASE OF OFFICE EQUIPMENT & FURNITURE | 1129-000 | 2,000.00 | | 2,000.00 |
| 03/28/07 | | Deposit Reversal | Reversal of Deposit NSF | 1129-000 | -2,000.00 | | 0.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.07 | | 0.07 |
| 06/26/07 | {1} | GESMUNDO, VICTOR | REPLACEMENT CHECK #1004 FOR OFFICE FURNITURE | 1129-000 | 2,000.00 | | 2,000.07 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.03 | | 2,000.10 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.13 | | 2,001.23 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.10 | | 2,002.33 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.99 | | 2,003.32 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.17 | | 2,004.49 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.04 | | 2,005.53 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.02 | | 2,006.55 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.91 | | 2,007.46 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.41 | | 2,007.87 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.37 | | 2,008.24 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.28 | | 2,008.52 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.25 | | 2,008.77 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.25 | | 2,009.02 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.25 | | 2,009.27 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.23 | | 2,009.50 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.26 | | 2,009.76 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.21 | | 2,009.97 |
| 11/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1000% | 1270-000 | 0.05 | | 2,010.02 |
| 11/10/08 | | To Account #********2666 | Transfer | 9999-000 | | 2,010.02 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 2,010.02 | 2,010.02 | $0.00 |
| Less: Bank Transfers | 0.00 | 2,010.02 | |
| **Subtotal** | 2,010.02 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,010.02** | **$0.00** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-10586 LBR | Trustee: | LENARD E. SCHWARTZER (480250) |
|---|---|---|---|
| Case Name: | BECK, WILLIAM L. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BECK, JOSEPHINE C. | Account: | ***-*****26-66 - Checking Account |
| Taxpayer ID #: | 13-7560067 | Blanket Bond: | $2,250,000.00 (per case limit) |
| Period Ending: | 06/30/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/10/08 | | From Account #********2665 | Transfer | 9999-000 | 2,010.02 | | 2,010.02 |
| | | | ACCOUNT TOTALS | | 2,010.02 | 0.00 | $2,010.02 |
| | | | Less: Bank Transfers | | 2,010.02 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| Net Receipts : | 2,010.02 |
|---|---|
| Net Estate : | $2,010.02 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****26-65 | 2,010.02 | | 0.00 |
| Checking # ***-*****26-66 | 0.00 | 0.00 | 2,010.02 |
| | $2,010.02 | $0.00 | $2,010.02 |

{} Asset reference(s)

Printed: 11/10/2008 11:49 AM    V.10.54

# Expense Worksheet
## Period:  01/01/00 - 06/30/09
### Trustee: LENARD E. SCHWARTZER (480250)

| | | |
|---|---|---|
| **Case Number:** 07-10586 | **Case Name:** BECK, WILLIAM L. | |
| **Case Type:** Assets | **Judge:** Linda B. Riegle | |
| **Petition Date:** 02/08/07 | **341a Meeting:** 03/15/07   13:00 | |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/15/07 | COPY OF POWER OF ATTORNEY | 3.00 | $0.250 | $0.75 |
| 03/21/07 | COPY OF DEPOSIT SLIPS; COPY OF CHECKS; COPY OF REQUEST FOR TAXPAYER IDENTIFICATION | 5.00 | $0.250 | $1.25 |
| 04/03/07 | COPY OF PETITION | 70.00 | $0.250 | $17.50 |
| 05/11/07 | COPY OF STIPULATION AND ORDER EXTENDING BAR DATE | 11.00 | $0.250 | $2.75 |
| 08/02/07 | COPY OF BAR NOTICE; CLAIM FORM | 4.00 | $0.250 | $1.00 |
| 01/19/08 | Summary | 1.00 | $7.450 | $7.45 |
| 01/29/08 | POSTAGE TO MAIL LETTER TO DEBTORS; DEBTORS' ATTORNEY | 2.00 | $0.410 | $0.82 |
| 01/29/08 | COPY OF LETTER TO DEBTORS; DEBTORS' ATTORNEY | 3.00 | $0.250 | $0.75 |
| 08/08/08 | COPY OF MOTION TO COMPEL TURNOVER; NOTICE; ORDER; SERVICE | 64.00 | $0.250 | $16.00 |
| 08/08/08 | POSTAGE TO SERVE MOTION TO COMPEL TURNOVER | 7.00 | $0.840 | $5.88 |
| 09/12/08 | POSTAGE TO SERVE NOTICE OF WITHDRAWAL | 2.00 | $0.420 | $0.84 |
| 09/12/08 | COPY OF NOTICE OF WITHDRAWAL OF MOTION TO COMPEL | 9.00 | $0.250 | $2.25 |
| 11/10/08 | COPY OF FINAL REPORT | 27.00 | $0.250 | $6.75 |
| 01/15/09 | COPY OF NOTICE OF FILING FINAL REPORT | 3.00 | $0.250 | $0.75 |
| 02/15/09 | COPY OF ORDER APPROVING FINAL REPORT | 5.00 | $0.250 | $1.25 |
| 03/15/09 | POSTAGE TO MAIL CHECK TO CLAIMANT | 1.00 | $0.420 | $0.42 |
| 05/30/09 | COPY OF REPORT OF DISTRIBUTION | 15.00 | $0.250 | $3.75 |

**Total for case  07-10586:**    $70.16

**Grand Total:**    $70.16

**LENARD E. SCHWARTZER**
2850 SO. JONES BLVD., STE. 1
Las Vegas, NV 89146
(702) 307-2022

*Filed electronically August 2, 2007*

TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>BECK, WILLIAM L.<br>xxx-xx-3540<br><br>BECK, JOSEPHINE C.<br>xxx-xx-3724<br><br>Debtor(s). | CASE NO. BK-S 07-10586 LBR<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>TRUSTEE'S NOTICE OF ASSETS AND NOTICE TO FILE CLAIMS |

NOTICE IS HEREBY GIVEN, pursuant to Bankruptcy Rule 3002(c)(5), that the Trustee has found assets in this bankruptcy estate from which a payment of a dividend appears possible. Any creditor holding a claim against the above-entitled estate may file a proof of claim in the **Office of the Clerk of the Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101**.

NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 2002(a)(7), to be considered for a dividend in accordance with the Rule, a proof of claim must be filed within ninety (90) days after the date of mailing of this notice. The last date to file claims is **October 31, 2007.**

NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 2002(a), after the expiration of the claims bar date in a Chapter 7 case, all notices required by Fed R. Bank P. 2002(a), except Fed. R. Bank. P. 2002(a)(4), may be mailed only to creditors whose claims have been filed with the Clerk of the Court and to creditors, if any, who are permitted to file claims by reason of an extension granted under Fed. R. Bank. P. 3002(c)(6).

DATED: *August 2, 2007*

/s/ *Lenard E. Schwartzer*
_____
Lenard E. Schwartzer, Trustee

**NOTE: CLAIMS ARE TO BE FILED AT THE U.S. BANKRUPTCY COURT,
300 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NEVADA 89101
CLAIMS NOT FILED BY THE BAR DATE ARE GENERALLY NOT ALLOWED.**

# District of Nevada
# Claims Register

### 07-10586-lbr WILLIAM L. BECK and JOSEPHINE C. BECK

**Judge:** LINDA B. RIEGLE                     **Chapter:** 7
**Office:** Las Vegas                          **Last Date to file claims:** 10/31/2007
**Trustee:** LENARD E. SCHWARTZER              **Last Date to file (Govt):**

| Creditor:        (2937284)<br>HOUSEHOLD FINANCE CORPORATION<br>BY ECAST SETTLEMENT<br>CORPORATION<br>AS ITS AGENT<br>POB 35480<br>NEWARK NJ 07193-5480 | Claim No: 1<br>*Filed:*   04/16/2007<br>*Entered:* 04/16/2007<br>*Amended By Claim No:* 1 | Status:<br>*Filed by:* CR<br>*Entered by:* LEE, THOMAS<br>*Modified:* |
|---|---|---|

| Unsecured claimed:  $7195.55 | |
|---|---|
| **Total**        claimed: **$7195.55** | |

*History:*

🔘 1-1    04/16/2007 Claim #1 filed by HOUSEHOLD FINANCE CORPORATION , total amount claimed: $7195.55 (LEE, THOMAS)

🔘 1-2    07/13/2007 Amended Claim #1 filed by HOUSEHOLD FINANCE CORPORATION , total amount claimed: $7195.55 (LEE, THOMAS)

*Description:*

*Remarks:* (1-2) AMENDING CLAIM TO ADD DOCUMENTATION

| Creditor:        (2937286)<br>~~HSBC BANK NEVADA NA / HSBC~~<br>~~CARD SERVICES~~ III<br>~~BY~~ ECAST SETTLEMENT<br>CORPORATION<br>AS ITS AGENT<br>POB 35480<br>NEWARK NJ 07193-5480 | Claim No: 2<br>*Filed:*   04/16/2007<br>*Entered:* 04/16/2007 | Status:<br>*Filed by:* CR<br>*Entered by:* LEE, THOMAS<br>*Modified:* |
|---|---|---|

| Unsecured claimed:  $1748.42 | |
|---|---|
| **Total**        claimed: **$1748.42**    *transferred* | |

*History:*

🔘 2-1    04/16/2007 Claim #2 filed by HSBC BANK NEVADA NA / HSBC CARD SERVICES III , total amount claimed: $1748.42 (LEE, THOMAS)

*Description:*

*Remarks:*

| Creditor:        (2969639)<br>SPRING VALLEY HOSPITAL<br>8801 W SAHARA AVE<br>LAS VEGAS NV 89117 | Claim No: 3<br>*Filed:*   05/14/2007<br>*Entered:* 05/17/2007 | Status:<br>*Filed by:* CR<br>*Entered by:* Holmes, DH<br>*Modified:* |
|---|---|---|

| Unsecured claimed:  $1587.00 |
|---|

| Total | claimed: $1587.00 |
|---|---|

**History:**
🔵 3-1    05/14/2007 Claim #3 filed by SPRING VALLEY HOSPITAL , total amount claimed: $1587 (Holmes, DH)

**Description:**

**Remarks:**

---

| Creditor:       (2977230)<br>Capital One Auto Finance<br>c/o Ascension Capital Group<br>POB 201347<br>Arlington, TX 76006 | Claim No: 4<br>Filed:    05/25/2007<br>Entered: 05/25/2007<br>Amended By Claim No: 4 | Status:<br>Filed by: CR<br>Entered by: RAMSEY, ERICH<br>Modified: |
|---|---|---|

Unsecured claimed: $7010.25

Secured    claimed:    $0.00

Priority   claimed:    $0.00

Unknown  claimed:    $0.00

**Total       claimed: $7010.25**

**History:**
🔵 4-1    05/25/2007 Claim #4 filed by Capital One Auto Finance , total amount claimed: $11232.39 (RAMSEY, ERICH)
🔵 4-2    08/21/2008 Amended Claim #4 filed by Capital One Auto Finance , total amount claimed: $7010.25 (RAMSEY, ERICH)

**Description:** (4-1) 2004 Dodge Truck
(4-2) 2004 Dodge Truck

**Remarks:**

---

| Creditor:       (2983491)<br>Onyx Acceptance Corp<br>c/o Ascension Capital Group<br>POB 201347<br>Arlington, TX 76006 | Claim No: 5<br>Filed:    05/31/2007<br>Entered: 05/31/2007 | Status:<br>Filed by: CR<br>Entered by: RAMSEY, ERICH<br>Modified: |
|---|---|---|

Unsecured claimed:      $0.00

Secured    claimed: $49551.55

Priority   claimed:      $0.00

Unknown  claimed:      $0.00

**Total       claimed: $49551.55**

**History:**
🔵 5-1    05/31/2007 Claim #5 filed by Onyx Acceptance Corp , total amount claimed: $49551.55 (RAMSEY, ERICH)

**Description:** (5-1) 2006 Chevrolet Truck

**Remarks:**

---

| Creditor:       (3028326)<br>LVNV Funding LLC its successors and<br>assigns as<br>assignee of Washington Mutual | Claim No: 6<br>Filed:    07/13/2007<br>Entered: 07/13/2007 | Status:<br>Filed by: CR<br>Entered by: RESURGENT CAPITAL<br>SERVICES (sg) |
|---|---|---|

| Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | | Modified: |
| --- | --- | --- |

Unsecured claimed: $9822.76

**Total** claimed: **$9822.76**

*History:*

🔘 6-1    07/13/2007 Claim #6 filed by LVNV Funding LLC its successors and assigns as , total amount claimed: $9822.76 (RESURGENT CAPITAL SERVICES (sg))

*Description:*

*Remarks:*

| *Creditor:*    (3063286)<br>RECOVERY MANAGEMENT SYSTEMS CORPORATION *Capital Recovery* FOR GE MONEY BANK *One* DBA SAM'S CLUB<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131 | **Claim No: 7**<br>*Filed:*    08/14/2007<br>*Entered:* 08/14/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* SINGH, RAMESHWAR<br>*Modified:* |
| --- | --- | --- |

Unsecured claimed: $1480.47

**Total** claimed: **$1480.47**    *Transferred*

*History:*

🔘 7-1    08/14/2007 Claim #7 filed by RECOVERY MANAGEMENT SYSTEMS CORPORATION , total amount claimed: $1480.47 (SINGH, RAMESHWAR)

*Description:*

*Remarks:*

| *Creditor:*    (3063287)<br>RECOVERY MANAGEMENT SYSTEMS CORPORATION *Capital Recovery* FOR GE MONEY BANK *One* DBA HOME SHOPPING NETWORK<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131 | **Claim No: 8**<br>*Filed:*    08/14/2007<br>*Entered:* 08/14/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* SINGH, RAMESHWAR<br>*Modified:* |
| --- | --- | --- |

Unsecured claimed: $469.39

**Total** claimed: **$469.39**    *Transferred*

*History:*

🔘 8-1    08/14/2007 Claim #8 filed by RECOVERY MANAGEMENT SYSTEMS CORPORATION , total amount claimed: $469.39 (SINGH, RAMESHWAR)

*Description:*

*Remarks:*

| *Creditor:*    (3063289)<br>RECOVERY MANAGEMENT SYSTEMS CORPORATION *Capital Recovery* FOR GE MONEY BANK *One* DBA JCPENNEY CREDIT SERVICES | **Claim No: 9**<br>*Filed:*    08/14/2007<br>*Entered:* 08/14/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* SINGH, RAMESHWAR<br>*Modified:* |
| --- | --- | --- |

25 SE 2ND AVE STE 1120
MIAMI FL 33131

| | |
|---|---|
| Unsecured claimed: $1007.13 | |
| **Total** claimed: **$1007.13** | *transferred* |

History:
🔵 9-1    08/14/2007 Claim #9 filed by RECOVERY MANAGEMENT SYSTEMS CORPORATION , total amount
              claimed: $1007.13 (SINGH, RAMESHWAR)

Description:

Remarks:

---

| Creditor: (3063294) RECOVERY MANAGEMENT SYSTEMS CORPORATION *Capital Recovery* FOR GE MONEY BANK DBA GAP *One* 25 SE 2ND AVE STE 1120 MIAMI FL 33131 | Claim No: 10 Filed: 08/14/2007 Entered: 08/14/2007 | Status: Filed by: CR Entered by: SINGH, RAMESHWAR Modified: |
|---|---|---|

| | |
|---|---|
| Unsecured claimed: $432.14 | |
| **Total** claimed: **$432.14** | *transferred* |

History:
🔵 10-1   08/14/2007 Claim #10 filed by RECOVERY MANAGEMENT SYSTEMS CORPORATION , total amount
              claimed: $432.14 (SINGH, RAMESHWAR)

Description:

Remarks:

---

| Creditor: (3063585) BMW BANK OF N AMERICA BMW FINANCIAL SERV NA LLC 5550 BRITTON PKWY HILLIARD OH 43026 | Claim No: 11 Filed: 08/13/2007 Entered: 08/14/2007 | Status: Filed by: CR Entered by: Holmes, DH Modified: |
|---|---|---|

| |
|---|
| Unsecured claimed: $5795.20 |
| **Total** claimed: **$5795.20** |

History:
🔵 11-1   08/13/2007 Claim #11 filed by BMW BANK OF N AMERICA , total amount claimed: $5795.2 (Holmes, DH)

Description:

Remarks:

---

| Creditor: (3065508) CENTRAL TELEPHONE COMPANY EMBARQ PO BOX 7971 SHAWNEE MISSION KS 66207-0971 | Claim No: 12 Filed: 08/15/2007 Entered: 08/15/2007 | Status: Filed by: CR Entered by: EMBARQ CORPORATION (rr) Modified: |
|---|---|---|

| |
|---|
| Unsecured claimed: $237.43 |
| **Total** claimed: **$237.43** |

*History:*
○ 12-1    08/15/2007 Claim #12 filed by CENTRAL TELEPHONE COMPANY EMBARQ , total amount claimed: $237.43 (EMBARQ CORPORATION (rr))

*Description:* (12-1) TELEPHONE SERVICES

*Remarks:*

| *Creditor:* (3070279)<br>DT Credit Corporation<br>PO BOX 29018<br>Phoenix, AZ 85038-9018 | **Claim No: 13**<br>*Filed:* 08/20/2007<br>*Entered:* 08/20/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* DRIVE TIME CREDIT CORPORATION (all)<br>*Modified:* |
|---|---|---|

Secured claimed: $11104.93

**Total    claimed: $11104.93**

*History:*
○ 13-1    08/20/2007 Claim #13 filed by DT Credit Corporation , total amount claimed: $11104.93 (DRIVE TIME CREDIT CORPORATION (all))

*Description:* (13-1) 2002/Chevrolet /Venture

*Remarks:*

| *Creditor:* (2879745)<br>Internal Revenue Service - INSOL<br>Acct No tax year 1996 - William Beck<br>110 City Parkway<br>Las Vegas, NV 89106 | **Claim No: 14**<br>*Filed:* 08/21/2007<br>*Entered:* 08/21/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* IRSPOC2<br>*Modified:* |
|---|---|---|

Unsecured claimed: $117927.84

Secured    claimed:    $34226.85

Priority    claimed:    $6526.05

**Total    claimed: $158680.74**

*History:*
○ 14-1    08/21/2007 Claim #14 filed by Internal Revenue Service - INSOL , total amount claimed: $158680.74 (IRSPOC2)

*Description:*

*Remarks:*

| *Creditor:* (2879715)<br>Discount Documents<br>Acct No collection account<br>P O Box 3937<br>Southfield, MI 48037 | **Claim No: 15**<br>*Filed:* 08/27/2007<br>*Entered:* 08/29/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Holmes, DH<br>*Modified:* |
|---|---|---|

Unsecured claimed: $350.24

**Total    claimed: $350.24**

*History:*
○ 15-1    08/27/2007 Claim #15 filed by Discount Documents , total amount claimed: $350.24 (Holmes, DH)

*Description:*

Remarks:

| Creditor: (3091314)<br>RD PRABHM MD<br>5701 W CHARLESTON #100<br>LAS VEGAS NV 89146 | Claim No: 16<br>*Filed:* 08/29/2007<br>*Entered:* 08/30/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Holmes, DH<br>*Modified:* |
|---|---|---|

**Total claimed:**

*History:*
🔾 16-1    08/29/2007 Claim #16 filed by RD PRABHM MD , total amount claimed: $0 (Holmes, DH)

*Description:*

*Remarks:*

| Creditor: (3028326)<br>LVNV Funding LLC its successors and<br>assigns as<br>assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim No: 17<br>*Filed:* 09/24/2007<br>*Entered:* 09/24/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* RESURGENT CAPITAL<br>SERVICES (sg)<br>*Modified:* |
|---|---|---|

Unsecured claimed: $11040.89

**Total       claimed: $11040.89**

*History:*
🔾 17-1    09/24/2007 Claim #17 filed by LVNV Funding LLC its successors and assigns as , total amount claimed:
$11040.89 (RESURGENT CAPITAL SERVICES (sg))

*Description:*

*Remarks:*

| Creditor: (3122664)<br>APPLIED CARD BANK<br>POB 17125<br>WILMINGTON DE 19850-7125 | Claim No: 18<br>*Filed:* 09/27/2007<br>*Entered:* 09/28/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Holmes, DH<br>*Modified:* |
|---|---|---|

Unsecured claimed: $2017.91

**Total       claimed: $2017.91**

*History:*
🔾 18-1    09/27/2007 Claim #18 filed by APPLIED CARD BANK , total amount claimed: $2017.91 (Holmes, DH)

*Description:*

*Remarks:*

| Creditor: (3137271)<br>NCSCORP<br>(CITIFINANCIAL FKA COMMERCIAL<br>CREDIT)<br>PO BOX 1787<br>LONGVIEW, WA 98632 | Claim No: 19<br>*Filed:* 10/09/2007<br>*Entered:* 10/11/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Espinoza, LM<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1232.42

| Total | claimed: $1232.42 |
| --- | --- |

| History: |
| --- |
| ● 19-1 | 10/09/2007 Claim #19 filed by NCSCORP , total amount claimed: $1232.42 (Espinoza, LM) |

| Description: |
| --- |

| Remarks: |
| --- |

## Claims Register Summary

**Case Name:** WILLIAM L. BECK and JOSEPHINE C. BECK
**Case Number:** 07-10586-lbr
**Chapter:** 7
**Date Filed:** 02/08/2007
**Total Number Of Claims:** 19

|  | Total Amount Claimed | Total Amount Allowed |
| --- | --- | --- |
| Unsecured | $169355.04 | |
| Secured | $94883.33 | |
| Priority | $6526.05 | |
| Unknown | $0.00 | |
| Administrative | | |
| Total | $270764.42 | $0.00 |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 11/10/2008 10:50:56 | | | |
| PACER Login: | ls1864 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 07-10586-lbr Filed or Entered From: 11/3/2000 Filed or Entered To: 11/10/2008 |
| Billable Pages: | 2 | Cost: | 0.16 |

Printed: 11/10/08 12:13 PM

Page: 1

# Claims Proposed Distribution

## Case: 07-10586    BECK, WILLIAM L.

| Case Balance: | $2,010.02 | Total Proposed Payment: | $2,010.02 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 5 | ONYX ACCEPTANCE CORP | Secured | 49,551.55 | 0.00 | 0.00 | 0.00 | 0.00 | 2,010.02 |
| 13 | DT CREDIT CORPORATION | Secured | 11,104.93 | 0.00 | 0.00 | 0.00 | 0.00 | 2,010.02 |
| TEEEXPS | LENARD E. SCHWARTZER <2200-00 Trustee Expenses> | Admin Ch. 7 | 70.16 | 70.16 | 0.00 | 70.16 | 70.16 | 1,939.86 |
| TEEFEES | LENARD E. SCHWARTZER <2100-00 Trustee Compensation> | Admin Ch. 7 | 502.51 | 502.51 | 0.00 | 502.51 | 502.51 | 1,437.35 |
| 14S | INTERNAL REVENUE SERVICE - INSOL | Secured | 34,226.85 | 34,226.85 | 0.00 | 34,226.85 | 1,437.35 | 0.00 |
| 14P | INTERNAL REVENUE SERVICE - INSOL | Priority | 6,526.05 | 6,526.05 | 0.00 | 6,526.05 | 0.00 | 0.00 |
| 1 -2 | HOUSEHOLD FINANCE CORPORATION | Unsecured | 7,195.55 | 7,195.55 | 0.00 | 7,195.55 | 0.00 | 0.00 |
| 2 | eCAST SETTLEMENT CORPORATION | Unsecured | 1,748.42 | 1,748.42 | 0.00 | 1,748.42 | 0.00 | 0.00 |
| 3 | SPRING VALLEY HOSPITAL | Unsecured | 1,587.00 | 1,587.00 | 0.00 | 1,587.00 | 0.00 | 0.00 |
| 4 | CAPITAL ONE AUTO FINANCE | Unsecured | 7,010.25 | 7,010.25 | 0.00 | 7,010.25 | 0.00 | 0.00 |
| 6 | LVNV Funding LLC its successors and assigns as | Unsecured | 9,822.76 | 9,822.76 | 0.00 | 9,822.76 | 0.00 | 0.00 |
| 7 | CAPITAL RECOVERY ONE | Unsecured | 1,480.47 | 1,480.47 | 0.00 | 1,480.47 | 0.00 | 0.00 |
| 8 | CAPITAL RECOVERY ONE | Unsecured | 469.39 | 469.39 | 0.00 | 469.39 | 0.00 | 0.00 |
| 9 | CAPITAL RECOVERY ONE | Unsecured | 1,007.13 | 1,007.13 | 0.00 | 1,007.13 | 0.00 | 0.00 |
| 10 | CAPITAL RECOVERY ONE | Unsecured | 432.14 | 432.14 | 0.00 | 432.14 | 0.00 | 0.00 |
| 11 | BMW BANK OF N AMERICA | Unsecured | 5,795.20 | 5,795.20 | 0.00 | 5,795.20 | 0.00 | 0.00 |
| 12 | CENTRAL TELEPHONE COMPANY EMBARQ | Unsecured | 237.43 | 237.43 | 0.00 | 237.43 | 0.00 | 0.00 |
| 14 | INTERNAL REVENUE SERVICE - INSOL | Unsecured | 117,927.84 | 117,927.84 | 0.00 | 117,927.84 | 0.00 | 0.00 |
| 15 | Discount Documents | Unsecured | 350.24 | 350.24 | 0.00 | 350.24 | 0.00 | 0.00 |
| 16 | RD PRABHM MD Claim Memo: No amount filed | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 | LVNV Funding LLC its successors and assigns as | Unsecured | 11,040.89 | 11,040.89 | 0.00 | 11,040.89 | 0.00 | 0.00 |
| 18 | APPLIED CARD BANK | Unsecured | 2,017.91 | 2,017.91 | 0.00 | 2,017.91 | 0.00 | 0.00 |
| 19 | NCSCORP | Unsecured | 1,232.42 | 1,232.42 | 0.00 | 1,232.42 | 0.00 | 0.00 |

# Claims Proposed Distribution

## Case: 07-10586   BECK, WILLIAM L.

| Case Balance: | $2,010.02 | Total Proposed Payment: | $2,010.02 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 07-10586 : | | $271,337.09 | $210,680.61 | $0.00 | $210,680.61 | $2,010.02 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $572.67 | $572.67 | $0.00 | $572.67 | 100.000000% |
| Total Priority Claims : | $6,526.05 | $6,526.05 | $0.00 | $0.00 | 0.000000% |
| Total Secured Claims : | $94,883.33 | $34,226.85 | $0.00 | $1,437.35 | 4.199481% |
| Total Unsecured Claims : | $169,355.04 | $169,355.04 | $0.00 | $0.00 | 0.000000% |

Form 210A (10/06)

BECK  NV0042

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

In re  JOSEPHINE C BECK          Case No.      07-10586-LBR

WILLIAM L BECK

JOSEPHINE CLARE BECK

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pusuant to Rule 3001(e)(2), Fed R. Bankr., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | HSBC Bank Nevada NA / HSBC Card Services III |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

eCAST Settlement Corporation
POB 35480
Newark NJ 07193-5480

Court Claim # (if known):    2

Amount of Claim:          1,748.42

Date Claim Filed:         04/16/2007

Phone: _____ 610-644-7800 _____

Last Four of Acct #: _____ 4918 _____

Last Four of Alternate Acct #: _____

Phone: _____ 702-243-1678 _____

Last Four of Acct #: _____ 4918 _____

Last Four of Alternate Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

Last Four of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Alane A. Becket                    Date:       07/17/2007
Alane A. Becket, Esquire, PA65451
Becket & Lee LLP, Attorney/Agent for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

HSM71105

Form 210A (10/06)

# United States Bankruptcy Court

District of NV (Las Vegas)

In Re: WILLIAM L BECK
JOSEPHINE C BECK

Case No: 07-10586

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

Capital Recovery One
--------------------------
Name of Transferee

GE Money Bank
--------------------------
Name of Transferor

Name and Address where notices to transferee
should be sent:
25 SE 2nd Avenue, Suite 1120
Miami FL 33131

Court Claim # (if known): 7
Amount of Claim: $1480.4700
Date Claim Filed: 8/14/2007

Phone: (305) 379-7674
Last Four Digits of Acct # :5376

Phone: (305) 379-7674
Last Four Digits of Acct # :

Name and Address where transferee payments
Should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh
------------------------------------
Transferee/Transferee's Agent

Date: July 9, 2008

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Form 210A (10/06)

# United States Bankruptcy Court

District of NV (Las Vegas)

In Re: WILLIAM L BECK                Case No: 07-10586
JOSEPHINE C BECK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

Capital Recovery One                     GE Money Bank
--------------------------               --------------------------
Name of Transferee                       Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): 8
should be sent:                                     Amount of Claim: $469.3900
25 SE 2nd Avenue, Suite 1120                        Date Claim Filed: 8/14/2007
Miami FL 33131

Phone: (305) 379-7674                    Phone: (305) 379-7674
Last Four Digits of Acct # :4948         Last Four Digits of Acct # :

Name and Address where transferee payments
Should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh                     Date: July 9, 2008
-----------------------------------
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Form 210A (10/06)

# United States Bankruptcy Court

District of NV (Las Vegas)

In Re: WILLIAM L BECK                          Case No: 07-10586

JOSEPHINE C BECK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

Capital Recovery One                          GE Money Bank
---------------------------                   ---------------------------
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 9
should be sent:                                 Amount of Claim: $1007.1300
25 SE 2nd Avenue, Suite 1120                    Date Claim Filed: 8/14/2007
Miami FL 33131

Phone: (305) 379-7674                         Phone: (305) 379-7674
Last Four Digits of Acct # :4661              Last Four Digits of Acct # :

Name and Address where transferee payments
Should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh                          Date: July 9, 2008
------------------------------------
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Form 210A (10/06)

# United States Bankruptcy Court

District of NV (Las Vegas)

In Re: WILLIAM L BECK          Case No: 07-10586
    JOSEPHINE C BECK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

Capital Recovery One                          GE Money Bank
---------------------------                   ---------------------------
Name of Transferee                            Name of Transferor


Name and Address where notices to transferee    Court Claim # (if known): 10
should be sent:                                 Amount of Claim: $432.1400
25 SE 2nd Avenue, Suite 1120                    Date Claim Filed: 8/14/2007
Miami FL 33131


Phone: (305) 379-7674                          Phone: (305) 379-7674
Last Four Digits of Acct # :5668               Last Four Digits of Acct # :

Name and Address where transferee payments
Should be sent (if different from above)


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.




By: /s/ Ramesh Singh                          Date: July 9, 2008
    ------------------------------------
    Transferee/Transferee's Agent



*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571