# United States Bankruptcy Court
## District of Nevada

**Case No. 07–10586–lbr**

**Chapter 7**

In re: (Name of Debtor)
   WILLIAM L. BECK
   aka   WILLIAM LANCE BECK
   aka   WILLIAM BECK
   fdba ORION FINANCIAL SERVICES, LLC
   3633 DEER FLATS STREET
   LAS VEGAS, NV 89129

   JOSEPHINE C. BECK
   aka   JOSEPHINE CLARE BECK
   aka   JOSEPHINE BECK
   aka   JOSEPHINE C. MARTIN
   fdba GEMINI LEARNING SYSTEMS, LLC
   3633 DEER FLATS STREET
   LAS VEGAS, NV 89129

Social Security No.:
   xxx–xx–3540

   xxx–xx–3724

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT LENARD E. SCHWARTZER is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 7/30/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court